IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES BEHM,

     Appellant,

 v.

Case No. 5D21-2681
LT Case No. 2017-11664-PRDL

CHARLES SAIN, II, AS PERSONAL
REPRESENTATIVE FOR THE ESTATE
OF SALLY KENT,

     Appellee.

_____/

Decision filed October 4, 2022

Appeal from the Circuit Court
for Volusia County,
Margaret W. Hudson, Judge.

John David Middleton, of Middleton &
Middleton, P.A., Melrose, for Appellant.

Michael P. Kelton, of Kelton Law, P.A.,
Deltona, for Appellee.

PER CURIAM.

    AFFIRMED.


WALLIS, EDWARDS and SASSO, JJ., concur.